CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
APR 01 2011
JULIA DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MARK TODD SHOWALTER, | ) | Civil Action No. 7:11cv00144 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| HON. HUMES J. FRANKLIN, et al., | ) | By: Samuel G. Wilson |
| Respondents. | ) | United States District Judge |

In accordance with the memorandum opinion and order entered this day, it is hereby

**ORDERED**

that the above-referenced action shall be **DISMISSED without prejudice** and the Clerk is **DIRECTED** to **TERMINATE** the action from the active docket of the court. Further, Showalter's motion for an extension of time shall be and hereby is **DENIED**.

The Clerk of the Court is directed to send copies of this Order and the accompanying memorandum opinion to the petitioner.

ENTER: This 1st day of April, 2011.

_____
United States District Judge